389 A.2d 161

Commonwealth v. Bossick, Appellant.

Submitted September 13, 1976. Raymond C. Davis, for appellant; Edward P. Little, Jr., for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 161

Commonwealth v. Boyle, Appellant.

Submitted October 8, 1976. Charles W. Gross, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.